## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-00813-WHD-NYW

CHRISTOPHER M. RICKABY,

Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY OF AMERICA, a Connecticut corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference, filed June 17, 2015 [#12] (the "Motion"). Pursuant to the Order Referring Case dated May 13, 2015 and the Memorandum dated June 18, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference previously set for **July 2, 2015 at 3:30 p.m.** is hereby VACATED. The Scheduling Conference is hereby re-set to **July 16, 2015 at 9:00 a.m.**

DATED June 18, 2015