IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00813-WYD-NYW | Date: March 15, 2016 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Counsel* |
|---|---|
| CHRISTOBHER M. RICKABY, | *Cameron W. Tyler* |
| | *Patricia S. Bellac* |
| **Plaintiff,** | |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | *Cristin Jeanette Mack* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:32 a.m.

Appearance of counsel. Mr. Kevin O'Brien is present in the courtroom.

Discussion held on Motion for Leave to File Restricted Document As Exhibit 1 to Motion to Supplement Administrative Record [Docket No. 41] and Motion for Leave to File Restricted Document as Exhibit 2 to Motion to Supplement Administrative Record [Docket No. 44] filed January 4, 2016.

**ORDERED: The Motion for Leave to File Restricted Document as Exhibit 1 to Motion to Supplement Administrative Record [41] and the Motion for Leave to File Restricted Document as Exhibit 2 to Motion to Supplement Administrative Record [44] are DENIED WITH LEAVE TO REFILE on or before March 22, 2016. The documents shall remain restricted pending the filing and adjudication of a new motion that complies with D.C.COLO.LCivR 7.2(c).**

Discussion and argument held on Motion to Compel Discovery [Docket No. 47] filed January 14, 2016.

**ORDERED: The Motion to Compel Discovery [47] is TAKEN UNDER ADVISEMENT.**

Discussion held on Motion to Supplement Administrative Record, and for Extension of Time to Complete Supplementation [Docket No. 42] filed January 4, 2016.

**ORDERED:   Motion to Supplement Administrative Record, and for Extension of Time to Complete Supplementation [42] is GRANTED as reflected on the record. The Administrative Record may be supplemented with the University Disability Consortium ("UDC") contract.**

Court in Recess: 11:09 a.m.          Hearing concluded.          Total time in Court:   00:37

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.